The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR 24-164-23-JNW |
|---|---|
| Plaintiff, | ORDER TO SEAL MOTION FOR REVOCATION AND EXHIBITS |
| v. | |
| MADELYN MICHAEL, | |
| Defendant. | |

Having read the Government's Motion to Seal the Motion for Revocation and Exhibits, and because the documents contain sensitive information,

It is hereby ORDERED that the Motion for Revocation and Exhibits shall remain sealed.

DATED this 9th day of June, 2026.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Zachary W. Dillon
ZACHARY W. DILLON
Assistant United States Attorney

Order to Seal Exhibit A - 1
*United States v. Madelyn Michael*/ CR24-164-23JNW

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800